1 | Jessica M. Takano, SBN# 184079
jtakano@donahue.com
2 | Hayley M. Lenahan, SBN# 343528
hlenahan@donahue.com
3 | DONAHUE FITZGERALD LLP
Attorneys at Law
4 | 1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
5 | Telephone:     (510) 451-3300
Facsimile:     (510) 451-1527
6 |
7 | Attorneys for Hayley M. Lenahan

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | HAYLEY M. LENAHAN,                                Case No.

12 |          Plaintiff,                              **COMPLAINT FOR INJUNCTIVE RELIEF UNDER THE FREEDOM OF INFORMATION ACT**

13 |          v.

14 | UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

15 |

16 |          Defendant.

17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

For her complaint against the United States Department of Health and Human Services ("HHS"), Plaintiff, Hayley M. Lenahan, alleges as follows.

1.      This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to enjoin HHS from improperly withholding agency records and to order the production of all improperly withheld agency records.

2.      The records at issue relate to various HHS contracts for the acquisition of certain antibiotics.  The records are responsive to a FOIA Requests submitted to HHS in November 2022 and March 2023.

## PARTIES, JURISDICTION, AND VENUE

### Parties

3.      Plaintiff, Ms. Lenahan, is a citizen of the State of California and maintains an office at Donahue Fitzgerald, 1999 Harrison Street, 26th Floor, Oakland, CA 94612d.

4.      Defendant, HHS, is an agency of the United States of America pursuant to 5 U.S.C. § 552(f)(1) and 5 U.S.C. § 551(1).

### Jurisdiction

5.      This Court has jurisdiction over this claim pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

6.      Ms. Lenahan has exhausted her administrative remedies

### Venue

7.      Venue is proper pursuant to 5 U.S.C. § 552(a)(4)(B).

### Divisional Assignment

8.      This civil action arose in Alameda County and should be assigned to the San Francisco Division or Oakland Division pursuant to Civil L.R 3-2(c).

## GENERAL ALLEGATIONS

**A.      NOVEMBER 7, 2022 FOIA REQUEST**

9.      On November 7, 2022, Ms. Lenahan submitted a FOIA Request to HHS seeking agency records related to HHS Request for Proposal No. 75A50122-Q-00018 for the acquisition of doxycycline hyclate tablets and amoxicillin trihydrate capsules, the resulting contract, and

related records.  A true and correct copy of the request is attached as Exhibit 1.

10.     HHS confirmed receipt of the November 7, 2022 FOIA request on November 7, 2022 and assigned the request FOIA No. 2023-00122-FOIA-OS.  A true and correct copy of HHS' response is attached as Exhibit 2.

11.     On November 8, 2022, HHS issued a final notice stating that requested record was a Department of Labor record, not an HHS record.  A true and correct copy of HHS' response is attached as Exhibit 3.

12.     On March 6, 2023, Ms. Lenahan submitted a request to the HHS public liaison requesting that HHS reconsider its November 8, 2022 determination that the requested record was not an HHS record.  This request included an excerpt from www.usaspending.gov confirming that Request for Proposal No. 75A50122-Q-00018 was issued by HHS.  A true and correct copy of the request is attached as Exhibit 4.

13.     Ms. Lenahan followed up on her March 6, 2023 request to the HHS public liaison on March 21, 2023.

14.     On April 4, 2023, HHS confirmed that the November 7, 2022 FOIA Request was updated to "in process."  A true and correct copy of HHS' response is attached as Exhibit 5.

15.     On April 4, 2023, HHS acknowledged receipt of the November 7, 2022 FOIA request.  This acknowledgment stated that HHS would require additional time to respond to the November 7, 2022 FOIA request.  A true and correct copy of HHS' response is attached as Exhibit 6.

16.     To date, Ms. Lenahan has received no further response from HHS regarding the November 7, 2022 FOIA Request.

17.     HHS has not made a determination on the November 7, 2022 FOIA Request within the time limits prescribed by FOIA, 5 U.S.C. § 552(a)(6)(A)(i).

**B.     MARCH 31, 2023 FOIA REQUEST**

18.     On March 31, 2023, Ms. Lenahan submitted a FOIA Request to HHS seeking agency records related to HHS' award of two acquisition contracts to Chartwell RX, LLC.  A true and correct copy of this FOIA Request is attached as Exhibit 7.

19.     HHS confirmed receipt of the March 31, 2023 FOIA request on April 3, 2023 and assigned the request FOIA No. 2023-00631-FOIA-OS.  HHS's correspondence stated that HHS anticipated delays responding to the request.  A true and correct copy of this response is attached as Exhibit 8.

20.     To date, Ms. Lenahan has received no further response from HHS.

21.     HHS has not made a determination on the March 31, 2023 FOIA Request within the time limits prescribed by FOIA, 5 U.S.C. § 552(a)(6)(A)(i).

## FIRST CLAIM FOR RELIEF

### Failure to Comply Freedom of Information Act

22.     Ms. Lenahan incorporates each of the foregoing paragraphs of this Complaint.

23.     Pursuant to FOIA, 5 U.S.C. § 552(a), Ms. Lenahan has a statutory right to access the requested agency records.

24.     HHS failed to comply with the time limits prescribed by FOIA, 5 U.S.C. § 552(a)(6)(A)(i).

25.     HHS has improperly withheld agency records responsive to Ms. Lenahan's November 7, 2022 and March 31, 2023 FOIA requests.

## PRAYER FOR RELIEF

WHEREFORE, Ms. Lenahan respectfully requests that this Court enter judgment in her favor and award the following relief:

a.     Enjoin HHS from withholding the requested records and order HHS to produce said records to Ms. Lenahan in accordance with FOIA, 5 U.S.C. § 552;

b.     Expedite the proceedings in this action;

c.     Award Ms. Lenahan her costs and attorney's fees reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

d.     Grant such other and further relief as the Court may deem just and proper.

//

//

//

//

Dated: November 21, 2023                    DONAHUE FITZGERALD LLP


By: */s/ Hayley M. Lenahan*
    Jessica Takano
    Hayley M. Lenahan
    Attorneys for Plaintiff
    HAYLEY M. LENAHAN

# EXHIBIT 1



HAYLEY M. LENAHAN
hlenahan@donahue.com

1999 Harrison Street, 26th Floor, Oakland, CA 94612-3520
tel: (510) 451-3300 fax: (510) 451-1527
www.donahue.com

November 7, 2022

**VIA PUBLIC ACCESS LINK**
**RETURN ACKNOWLEDGEMENT REQUESTED**
Ms. Arianne Perkins
FOIA Officer
Dept. of Health and Human Services
Hubert H. Humphrey Building, Room 729H
200 Independence Avenue, SW
Washington, D.C. 20201
**FOIARequest@hhs.gov**

Re:    Freedom of Information Act Request; Amoxicillin Acquisitions

Dear Ms. Perkins:

Pursuant to the provisions of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, as amended, and the U.S. Department of Health and Human Services ("HHS") implementing regulations at 45 C.F.R. § 5 *et seq*, the undersigned requests copies of the documents identified in the numbered paragraphs below.

## I.    REQUESTED RECORDS

1.    Solicitation No. 75A50122-Q-00018 for the acquisition of doxycycline hyclate tablets and amoxicillin trihydrate capsules (the "Solicitation");

2.    Any market research or acquisition planning documents prepared in connection with the issuance of the Solicitation;

3.    Any proposals or quotes submitted to HHS in response to the Solicitation;

4.    Delivery Order No. 75A50322-F-80030 (including any modifications) issued to Chartwell RX, LLC on or about September 26, 2022 for the acquisition of doxycycline hyclate tablets and amoxicillin trihydrate capsules (the "Delivery Order");

5.    Any source selection documents prepared in connection with the issuance of the Delivery Order.

Ms. Arianne Perkins
November 7, 2022
Page 2

## II.   <u>REQUESTED PROCEDURE FOR RESPONSE TO FOIA REQUEST</u>

Please produce responsive documents in their <u>entirety</u>, including all attachments, enclosures, and exhibits.  If this FOIA Service Center / agency is no longer the custodian of the responsive records, please notify the undersigned immediately and identity the FOIA Service Center or agency that is the current custodian.

If your agency determines that a document contains material exempt from mandatory disclosure, please review that material or information for discretionary disclosure.  If your agency determines that a document contains material or information which falls within the statutory exemptions to mandatory disclosure, please produce any and all reasonably segregable portions of each document.  *See* 5 U.S.C. § 552(b).

When your agency determines that all documents responsive to this request have been disclosed, or specifically identified and withheld under the claim of statutory exemption, please provide written confirmation that the review and production are complete.  If your agency determines that it has no documents responsive to this request, please confirm that determination in writing.  It is further requested that, to the extent possible, documents in logical groupings, determined to be disclosable, be provided in accordance with this request on an incremental basis as soon as they become available.

The undersigned further requests that, pursuant to 5 U.S.C. § 552(a)(3)(B)[1], HHS produce any responsive documents in the native electronic format in which the document was created.  To the extent that you are unable to produce the responsive documents in the requested format, we request that you confirm that the record does not exist in native format and produce the documents in the following format, listed in accordance with our preference: 1) PDF format; or 2) paper copy.

I request your determination and release pursuant to the time limitations set forth at 5 U.S.C. § 552(a)(6)(A)(i).  While the burden is on the government to produce all documents within the required time period, the undersigned is willing to discuss and agree upon the means and sequence of production to facilitate government compliance with the law.

I agree to pay the reasonable and direct costs of locating, reviewing, and reproducing the requested records to the extent required by 5 U.S.C. § 552(a)(4)(A).  Please provide the undersigned with written notice if and when the cost of responding to this FOIA request is expected to exceed $500.

---

[1]   5 U.S.C. § 552(a)(3)(B) provides that: In making any record available to a person under this paragraph, an agency shall provide the record in any form or format requested by the person if the record is readily reproducible by the agency in that form or format.  Each agency shall make reasonable efforts to maintain its records in forms or formats that are reproducible for purposes of this section.

Ms. Arianne Perkins
November 7, 2022
Page 3

Thank you for your prompt attention to this request.

Sincerely,

Hayley M. Lenahan

# EXHIBIT 2

**Hayley M. Lenahan**

| | |
|---|---|
| **From:** | noreply@ains.com |
| **Sent:** | Monday, November 7, 2022 12:48 PM |
| **To:** | Hayley M. Lenahan |
| **Subject:** | Status Update for Request #2023-00122-FOIA-OS |

Dear Hayley Lenahan,

The status of your FOIA request #2023-00122-FOIA-OS has been updated to the following status 'Received'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov

Sincerely,
U.S. Department of Health & Human Services

# EXHIBIT 3

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

Assistant Secretary for Public Affairs
Washington, D.C. 20201

**HHS Case No. 2023-00122-FOIA-OS**

**November 08, 2022**

*Sent via email:*
Hayley Lenahan
Donahue Fitzgerald LLP
hlenahan@donahue.com

Dear Ms. Lenahan:

This is in response to your Freedom of Information Act (FOIA) request, dated: November 07, 2022, concerning *"REQUESTED RECORDS*
*1. Solicitation No. 75A50122-Q-00018 for the acquisition of doxycycline hyclate tablets and amoxicillin trihydrate capsules (the "Solicitation");*
*2. Any market research or acquisition planning documents prepared in connection with the issuance of the Solicitation;*
*3. Any proposals or quotes submitted to HHS in response to the Solicitation;*
*4. Delivery Order No. 75A50322-F-80030 (including any modifications) issued to Chartwell RX, LLC on or about September 26, 2022 for the acquisition of doxycycline hyclate tablets and amoxicillin trihydrate capsules (the "Delivery Order");*
*5. Any source selection documents prepared in connection with the issuance of the Delivery Order.*
*...."*
We received your request on November 07, 2022.

The organizational components serviced by the Office of the Secretary FOIA Requester Service Center do not routinely collect or retain the type of records in which you express interest.  Therefore, we are closing our file on this request.

HHS FOIA Office suggests you send your request to The Department of Labor (DOL) at foiarequests@dol.gov or call 202-693-5427 for assistance because, **Solicitation No. 75A50122-Q-00018** is a Federal Contract and Grant Awards and Opportunities for the Department of Labor Office of the Assistant Secretary for Administration and Management.

If you believe that this response constitutes an adverse determination, you may appeal.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.

Please mark the correspondence, "Freedom of Information Act Appeal."  Your appeal must be transmitted within 90 days from the date of receipt of this letter to:

      Ms. Carol Maloney
      Deputy Agency Chief FOIA Officer

U.S. Department of Health and Human Services
Office of the Assistant Secretary for Public Affairs
HHS.ACFO@hhs.gov

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact the HHS FOIA Public Liaison for assistance at:

HHS FOIA/PA Public Liaison
FOI/Privacy Acts Division
Assistant Secretary for Public Affairs (ASPA)
Office of the Secretary (OS)
U.S. Department of Health and Human Services (HHS)
Telephone: (202) 690-7453
Fax: (202) 690-8320
E-mail: HHS_FOIA_Public_Liaison@hhs.gov

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
Telephone:  (202) 741-5770
Toll-Free: 1-877-684-6448
E-mail: ogis@nara.gov
Fax: 202-741-5769

There are no charges in this instance because the billable costs are less than our threshold of $25.

Sincerely yours,

Arianne Perkins
Director, Initial FOIA Requests
FOI/Privacy Acts Division

# EXHIBIT 4



HAYLEY M. LENAHAN
hlenahan@donahue.com

1999 Harrison Street, 26th Floor, Oakland, CA 94612-3520
tel: (510) 451-3300 fax: (510) 451-1527
www.donahue.com

March 6, 2023

**VIA EMAIL**
**RETURN ACKNOWLEDGEMENT REQUESTED**
Ms. Beth Kramer
HHS FOIA/PA Public Liaison
FOI/Privacy Acts Division
Assistant Secretary for Public Affairs (ASPA)
Office of the Secretary (OS)
U.S. Department of Health and Human Services
**HHS_FOIA_Public_Liaison@hhs.gov**

      Re:    **Freedom of Information Act Assistance**
                 **FOIA Case No. 2023-00122-FOIA-OS**

Dear Ms. Kramer:

I am writing to request your assistance with a denial of a November 7, 2022 Freedom of Information Act ("FOIA") Request that appears to be a clear administrative error. I, therefore, wanted to bring this matter to your office's attention so that it may be promptly addressed.

On November 7, 2022, I submitted a FOIA Request seeking a specific HHS Contract, identified by the Contract Number, as well as the Solicitation that preceded that contract's award, again identified by Solicitation Number. A copy of this request is enclosed as Exhibit 1. On November 8, 2022, I received a response stating that HHS did not retain this record and stating that this was a Department of Labor solicitation. A copy of the response is enclosed as Exhibit 2. The response did not address the contract number. In any case, this response appears to be in error.

The records I am requesting are an HHS Solicitation, the successful offeror's proposal in response to that solicitation, and the HHS contract awarded to the successful offeror. The information regarding this award, including the solicitation number, were found on usaspending.gov. A copy of the usaspending.gov award summary for this award is enclosed as Exhibit 3. This summary has been annotated to confirm the correct solicitation and contract numbers were cited in the FOIA request and that this is an HHS contract. Accordingly, I respectfully request your office's assistance in promptly identifying the responsive records.

Ms. Beth Kramer
March 6, 2023
Page 2

Thank you for your prompt attention to this request.

Sincerely,

Hayley M. Lenahan

Hayley M. Lenahan

# EXHIBIT 5

**Hayley M. Lenahan**

---

| | |
|---|---|
| **From:** | noreply@ains.com |
| **Sent:** | Tuesday, April 4, 2023 7:39 AM |
| **To:** | Hayley M. Lenahan |
| **Subject:** | Status Update for Request #2023-00122-FOIA-OS |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Hayley Lenahan,

The status of your FOIA request #2023-00122-FOIA-OS has been updated to the following status 'In Process'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov

Sincerely,
U.S. Department of Health & Human Services

EXHIBIT 6

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Assistant Secretary for Public Affairs
Washington, D.C. 20201

Refer to: Request Number **2023-00122-FOIA-OS**

**April 4, 2023**

*Sent via email:*
Hayley M. Lenahan
hlenahan@donahue.com

Dear Ms. Lenahan:

This acknowledges receipt of your November 7, 2022, Freedom of Information Act (FOIA)
request, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts
Division concerning **"REQUESTED RECORDS**
**1. Solicitation No. 75A50122-Q-00018 for the acquisition of doxycycline hyclate tablets and**
**amoxicillin trihydrate capsules (the "Solicitation");**
**2. Any market research or acquisition planning documents prepared in connection with the**
**issuance of the Solicitation;**
**3. Any proposals or quotes submitted to HHS in response to the Solicitation;**
**4. Delivery Order No. 75A50322-F-80030 (including any modifications) issued to Chartwell**
**RX, LLC on or about September 26, 2022 for the acquisition of doxycycline hyclate tablets**
**and amoxicillin trihydrate capsules (the "Delivery Order");**
**5. Any source selection documents prepared in connection with the issuance of the Delivery**
**Order ...".** We received your request on November 7, 2022.

Because you seek records which require a search in another office, "unusual circumstances"
apply to your request, automatically extending the time limit to respond to your request for ten
additional days. See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii) (2012 & Supp. V. 2017). Further, we
estimate needing more than 10 additional days to respond to your request and so, in the next
paragraph of this letter we are offering you an opportunity to narrow your request, in case
narrowing the request would enable us to respond to the request sooner. The actual time needed
to process your request will depend on the complexity of our records search and on the volume
and complexity of any material located. For your information, this Office assigns incoming
requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a
first-in, first-out basis in relation to other requests in the same track. Our current workload is
approximately 3000 cases.

Your request is assigned to the complex track. In an effort to speed up our records search, you
may wish to narrow the scope of your request to limit the number of potentially responsive
records or agree to an alternative time frame for processing, should records be located. You may
also wish to await the completion of our records search to discuss either of these options.

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact the analyst handling your request, Ray Noussoukpoe at FoiaRequest@PSC.hhs.gov.

If you are not satisfied with any aspect of the processing and handling of this request, you have the right to seek dispute resolution services from:

>HHS FOIA/PA Public Liaison
>FOI/Privacy Acts Division
>Assistant Secretary for Public Affairs (ASPA)
>Office of the Secretary (OS)
>U.S. Department of Health and Human Services (HHS)
>
>Telephone: (202) 690-7453
>E-mail: HHS_FOIA_Public_Liaison@hhs.gov

and/or:

>Office of Government Information Services
>National Archives and Records Administration
>Telephone: 202- 741-5770
>Toll-Free: 1-877-684-6448
>E-mail: ogis@nara.gov

If you are not already submitting your requests through our Public Access Link (PAL), we recommend all future requests and appeals be submitted through PAL - https://requests.publiclink.hhs.gov/.  Submitting requests through PAL automatically logs your requests into our tracking system and provides you with a tracking number. Your PAL account will allow you to track the progress of your request, receive your documents directly through the portal, and securely submit privacy-sensitive or business-sensitive documents.

Sincerely yours,

Arianne Perkins
Director, Initial FOIA Requests
FOI/Privacy Acts Division

# EXHIBIT 7



HAYLEY M. LENAHAN
hlenahan@donahue.com

1999 Harrison Street, 26th Floor, Oakland, CA 94612-3520
tel: (510) 451-3300 fax: (510) 451-1527
www.donahue.com

March 31, 2023

**VIA EMAIL**
**RETURN ACKNOWLEDGEMENT REQUESTED**
Arianne Perkins
FOIA Officer
Dept. of Health and Human Services
Hubert H. Humphrey Building, Room 729H
200 Independence Avenue, SW
Washington, D.C. 20201
**FOIARequest@hhs.gov**

   **Re: Freedom of Information Act Request; Chartwell RX, LLC Contracts**

Dear Ms. Perkins:

   Pursuant to the provisions of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, as amended, and the U.S. Department of Health and Human Services ("HHS") implementing regulations at 45 C.F.R. § 5 *et seq*, the undersigned requests copies of the documents identified in the numbered paragraphs below.

## I. REQUESTED RECORDS

1. Contract No. 75A503-22-F-80030 awarded to Chartwell RX, LLC on or about September 26, 2022, including all modifications issued to Contract No. 75A503-22-F-80030.  *See* Exhibit 1.

2. Any proposals or quotes Chartwell RX, LLC submitted to HHS preceding the award of Contract No. 75A503-22-F-80030.

3. Contract No. 75A503-23-C-00008 awarded to Chartwell RX, LLC on or about February 28, 2023, including all modifications issued to 75A503-23-C-00008.  *See* Exhibit 2.

4. Any proposals or quotes Chartwell RX, LLC submitted to HHS preceding the award of Contract No. 75A503-23-C-00008.

Ms. Arianne Perkins
March 31, 2023
Page 2

## II.  REQUESTED PROCEDURE FOR RESPONSE TO FOIA REQUEST

Please produce responsive documents in their underline, including all attachments, enclosures, and exhibits.  If this FOIA Service Center / agency is no longer the custodian of the responsive records, please notify the undersigned immediately and identity the FOIA Service Center or agency that is the current custodian.

If your agency determines that a document contains material exempt from mandatory disclosure, please review that material or information for discretionary disclosure.  If your agency determines that a document contains material or information which falls within the statutory exemptions to mandatory disclosure, please produce any and all reasonably segregable portions of each document.  *See* 5 U.S.C. § 552(b).

When your agency determines that all documents responsive to this request have been disclosed, or specifically identified and withheld under the claim of statutory exemption, please provide written confirmation that the review and production are complete.  If your agency determines that it has no documents responsive to this request, please confirm that determination in writing.  It is further requested that, to the extent possible, documents in logical groupings, determined to be disclosable, be provided in accordance with this request on an incremental basis as soon as they become available.

The undersigned further requests that, pursuant to 5 U.S.C. § 552(a)(3)(B)[1], HHS produce any responsive documents in the native electronic format in which the document was created.  To the extent that you are unable to produce the responsive documents in the requested format, we request that you confirm that the record does not exist in native format and produce the documents in the following format, listed in accordance with our preference: 1) PDF format; or 2) paper copy.

I request your determination and release pursuant to the time limitations set forth at 5 U.S.C. § 552(a)(6)(A)(i).  While the burden is on the government to produce all documents within the required time period, the undersigned is willing to discuss and agree upon the means and sequence of production to facilitate government compliance with the law.

I agree to pay the reasonable and direct costs of locating, reviewing, and reproducing the requested records to the extent required by 5 U.S.C. § 552(a)(4)(A).  Please provide the undersigned with written notice if and when the cost of responding to this FOIA request is expected to exceed $500.

---

[1]    5 U.S.C. § 552(a)(3)(B) provides that: In making any record available to a person under this paragraph, an agency shall provide the record in any form or format requested by the person if the record is readily reproducible by the agency in that form or format.  Each agency shall make reasonable efforts to maintain its records in forms or formats that are reproducible for purposes of this section.

Ms. Arianne Perkins
March 31, 2023
Page 3

Thank you for your prompt attention to this request.

Sincerely,

Hayley M. Lenahan

EXHIBIT 1

USASpending.gov | Fiscal Data
An official website of the U.S. government 🇺🇸

**USA**SPENDING.gov

AWARD PROFILE
Contract Summary

**Delivery Order (DO)**

PIID 75A50322F80030
**In Progress**
(1 year, 6 months remain)

**Awarding Agency**

Department of Health and Human Services (HHS)

**Recipient**

CHARTWELL RX LLC

77 BRENNER DR
CONGERS, NY 10920-1307
Congressional District: NY-17
UNITED STATES

**Related Awards** ⓘ

Parent Award Unique Key
CONT_IDV_36F79720D0198_3600

**Dates** ⓘ

Today

| | |
|---|---|
| Start Date | Sep 30, 2022 |
| Current End Date | Sep 29, 2024 |
| Potential End Date | Sep 29, 2024 |

**$ Award Amounts** ⓘ

💬 **Description** ⓘ

DOXYCYCLINE HYCLATE TABLETS AND AMOXICILLIN TRIHYDRATE CAPSULES

**North American Industry Classification System (NAICS) Code** 📋

32 : Manufacturing

3254: Pharmaceutical and Medicine Manufacturing

**325412: Pharmaceutical Preparation Manufacturing**

**Product or Service Code (PSC)** 📋

PRODUCTS

65: MEDICAL/DENTAL/VETERINARY EQPT/SUPP

| 6505: DRUGS AND BIOLOGICALS



View Transaction History

| Outlayed Amount |
| $0.00 |
| Obligated Amount |
| $139,676,048.00 |
| Current Award Amount |
| $139,676,048.00 |
| Potential Award Amount |
| $139,676,048.00 |

**Contract Activity**

View transactions table

🌓 **Federal Accounts**



| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| PUBLIC HEALTH AND SOCIAL SERVICES EM... | $139,671,106 | 100% | (HHS) DEPARTMENT OF HEALTH AND HUMAN SERVI... |

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

**Summary of All Federal Accounts used by this Award**

| | |
|---|---|
| Total Funding Obligated | $139,671,105.92 |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 1 |

⊞ View federal funding submissions

🕘 **Award History**                                                                    ⓘ

## Transaction History ⌄

| Modification Number ⇅ | Action Date ⇅ | Amount ⇅ | Action Type ⇅ | Transaction Description ⇅ |
|---|---|---|---|---|
| 0 | 09/26/2022 | $139,676,048 | -- | DOXYCYCLINE HYCLATE TABLETS AND AMOXICILL... |
| P00001 | 11/08/2022 | $0 | M: OTHER ADMINISTRATIVE ACTION | DOXYCYCLINE HYCLATE TABLETS AND AMOXICILL... |

ℹ **Additional Information**

Collapse All

🔍 Unique Award Key                                                                    ⌄

| Unique Award Key | CONT_AWD_75A50322F80030_7505_36F79720D0198_3600 |
|---|---|
| Award or IDV Flag | Contract Award |
| Procurement Instrument Identifier (PIID) | 75A50322F80030 |
| Submitting Agency Identifier Code | 7505 |
| Parent Award ID (Parent PIID) | 36F79720D0198 |
| Parent Agency Identifier Code | 3600 |

🏛 Agency Details                                                                      ⌄

| Awarding Agency | Department of Health and Human Services (HHS) |
|---|---|
| Awarding Sub-Agency | Office of Assistant Secretary for Preparedness and Response |
| Awarding Office | ASPR/ORM-SNS |
| Funding Agency | Department of Health and Human Services (HHS) |
| Funding Sub-Agency | Office of Assistant Secretary for Preparedness and Response |
| Funding Office | ASPR/ORM-SNS |

🔗 Parent Award Details                                                                ⌄

| Parent Award Unique Key | CONT_IDV_36F79720D0198_3600 |
|---|---|

| | |
|---|---|
| Parent Award ID (Parent PIID) | 36F79720D0198 |
| Parent IDV Type | FSS |
| Parent IDV Agency Name | Department of Veterans Affairs |
| Parent IDV Sub-Agency Name | Department of Veterans Affairs |
| Multiple Or Single Parent Award IDV | MULTIPLE AWARD |

## 📍 Place Of Performance  ⌄

| | |
|---|---|
| Address | CONGERS, NY 10920-0001<br>CONGRESSIONAL DISTRICT: NY-17<br>UNITED STATES |

## 📅 Period Of Performance  ⌄

| | |
|---|---|
| Start Date | 09/30/2022 |
| End Date | 09/29/2024 |
| Potential End Date | 09/29/2024 |

## ✏️ Legislative Mandates  ⌄

| | |
|---|---|
| Clinger-Cohen Act Compliant | NO |
| Subject to Construction Wage Rate Requirements | NOT APPLICABLE |
| Subject to Labor Standards | NOT APPLICABLE |
| Subject to Materials, Supplies, Articles & Equipment | NOT APPLICABLE |

## 🏢 Recipient Details  ⌄

| | |
|---|---|
| Recipient | CHARTWELL RX LLC |
| Recipient Identifier | ER5UA9TYBGH4 (UEI) 🔗 |
| Parent Recipient | CHARTWELL RX LLC |
| Parent Recipient Identifier | ER5UA9TYBGH4 (UEI) 🔗 |
| Recipient Address | 77 BRENNER DR<br>CONGERS, NY 10920-1307<br>CONGRESSIONAL DISTRICT: NY-17<br>UNITED STATES |
| Business Types | Category Business<br>Corporate Entity Not Tax Exempt<br>Small Business<br>Special Designations<br>U.S.-Owned Business |

## 🏷️ Acquisition Details  ⌄

| | |
|---|---|
| Product or Service Code (PSC) | 6505: DRUGS AND BIOLOGICALS |
| North American Industry Classification System (NAICS) Code | 325412: PHARMACEUTICAL PREPARATION MANUFACTURING |
| DoD Claimant Code | -- |
| DOD Acquisition Program | -- |
| Information Technology Commercial Item Category | -- |
| Sea Transportation | -- |

## 📊 Competition Details  ⌄

| Solicitation ID | 75A50122Q00018 |
|---|---|
| Solicitation Procedures | MAFO: SUBJECT TO MULTIPLE AWARD FAIR OPPORTUNITY |
| Number of Offers Received | 2 |
| Extent Competed | A: FULL AND OPEN COMPETITION |
| Other Than Full and Open Competition | -- |
| Set-Aside Type | SMALL BUSINESS SET ASIDE - TOTAL |
| Commercial Item Acquisition Procedures | A: COMMERCIAL PRODUCTS/SERVICES |
| Simplified Procedures for Certain Commercial Items | NO |
| Evaluated Preference | NO PREFERENCE USED |
| Fed Biz Opps | YES |
| Small Business Competitiveness Demonstration Program | FALSE |

### ••• Additional Details ⌄

| Contract Type | DELIVERY ORDER |
|---|---|
| National Interest Action | NONE |
| Cost or Pricing Data | NO |
| Domestic or Foreign Entity | U.S. OWNED BUSINESS |
| Fair Opportunity Limited Sources | COMPETITIVE SET ASIDE |
| Foreign Funding | NOT APPLICABLE |
| Interagency Contracting Authority | NOT APPLICABLE |
| Major Program | -- |
| Subcontracting Plan | B: PLAN NOT REQUIRED |
| Multi Year Contract | -- |
| Consolidated Contract | NOT CONSOLIDATED |

### 👤 Executive Compensation ⌄

| Officer 1 | -- |
|---|---|
| Officer 2 | -- |
| Officer 3 | -- |
| Officer 4 | -- |
| Officer 5 | -- |

## Stay in touch

### Get release notes delivered to your inbox

Sign up to receive our release notes to keep up with what's new on USAspending.gov.

Sign Up →

**Request a USAspending training session**

Receive customized training for your organization on how to use our tools and data.

Learn More →



ABOUT

About USAspending

Careers

HELP

FAQs

Community

Contact Us

DEVELOPERS

API

Explore the Code

Release Notes

OUR SITES

Fiscal Data

    

Accessibility

Privacy Policy

Freedom of Information Act

© 2023 USAspending.gov

**NOTE:** You must click here for very important D&B information.

EXHIBIT 2

AWARD PROFILE
Contract Summary

 **USA**SPENDING.gov

**Definitive Contract**

PIID  75A50323C00008
**In Progress**
(11 months remain)

Unlinked Award

Awarding Agency

**Department of Health and Human Services (HHS)**

Recipient

**CHARTWELL RX LLC**

77 BRENNER DR
CONGERS, NY 10920-1307
Congressional District: NY-17
UNITED STATES

Related Awards ⓘ

Parent Award Unique Key
N/A

Dates ⓘ

Today

| | |
|---|---|
| Start Date | Feb 28, 2023 |
| Current End Date | Feb 29, 2024 |
| Potential End Date | Feb 29, 2024 |

**$ Award Amounts** 

AWARD PROFILE
## Contract Summary



**$8.6 Million**
Obligated Amount

**$8.6 Million**
Current Award Amount

**$8.6 Million**
Potential Award Amount

⊞ View Transaction History

💬 **Description**

Outlayed Amount

$0.00

MULTIPLE PHARMACEUTICAL DRUGS FOR THE STRATEGIC NATIONAL STOCKPILE

Obligated Amount

$8,600,677.20

**North American Industry Classification System (NAICS) Code**

Current Award Amount

32 : Manufacturing

$8,600,677.20

3254: Pharmaceutical and Medicine Manufacturing

Potential Award Amount

**325412: Pharmaceutical Preparation Manufacturing**

$8,600,677.20

**Product or Service Code  (PSC)**

PRODUCTS

36: SPECIAL INDUSTRY MACHINERY

**3650: CHEMICAL AND PHARMACEUTICAL PRODUCTS MANUFACTURING MACHINERY**



AWARD PROFILE
## Contract Summary



⊞ View transactions table

---

◕ **Federal Accounts**                                                    ⓘ

> ⚠    This award has not been linked to any federal account.

---

↺ **Award History**                                                       ⓘ

### Transaction History ⌄

| Modification Number ⇅ | Action Date ⇅ | Amount ⇅ | Action Type ⇅ | Transaction Description ⇅ |
|---|---|---|---|---|
| 0 | 02/28/2023 | $8,600,677 | -- | MULTIPLE PHARMACEUTICAL DRUGS FOR THE ST... |
| P00001 | 03/09/2023 | $0 | M: OTHER ADMINISTRATIVE ACTION | CHANGE OF COR |

---

👤 **Additional Information**

Collapse All

👤 Unique Award Key                                                        ⌄

AWARD PROFILE
## Contract Summary

| | |
|---|---|
| Procurement Instrument Identifier (PIID) | 75A50323C00008 |
| Submitting Agency Identifier Code | 7505 |
| Parent Award ID (Parent PIID) | -- |
| Parent Agency Identifier Code | -- |

### 🏛 Agency Details ⌄

| | |
|---|---|
| Awarding Agency | Department of Health and Human Services (HHS) |
| Awarding Sub-Agency | Office of Assistant Secretary for Preparedness and Response |
| Awarding Office | ASPR/ORM-SNS |
| Funding Agency | Department of Health and Human Services (HHS) |
| Funding Sub-Agency | Office of Assistant Secretary for Preparedness and Response |
| Funding Office | ASPR/ORM-SNS |

### 🔗 Parent Award Details ⌄

| | |
|---|---|
| Parent Award Unique Key | -- |
| Parent Award ID (Parent PIID) | -- |
| Parent IDV Type | -- |
| Parent IDV Agency Name | -- |
| Parent IDV Sub-Agency Name | -- |
| Multiple Or Single Parent Award IDV | -- |

### 📍 Place Of Performance ⌄

| | |
|---|---|
| Address | CONGERS, NY 10920-1307<br>CONGRESSIONAL DISTRICT: NY-17<br>UNITED STATES |

### 📅 Period Of Performance ⌄

| | |
|---|---|
| Start Date | 02/28/2023 |
| End Date | 02/29/2024 |
| Potential End Date | 02/29/2024 |

### ✏ Legislative Mandates ⌄

| | |
|---|---|
| Clinger-Cohen Act Compliant | NO |
| Subject to Construction Wage Rate Requirements | NO |
| Subject to Labor Standards | NO |
| Subject to Materials, Supplies, Articles & Equipment | NO |

### 🏢 Recipient Details ⌄

| | |
|---|---|
| Recipient | CHARTWELL RX LLC |
| Recipient Identifier | ER5UA9TYBGH4 (UEI 📄) |
| Parent Recipient | CHARTWELL RX LLC |

AWARD PROFILE
## Contract Summary

| | |
|---|---|
| Recipient Address | CONGERS, NY 10920-1307 |
| | CONGRESSIONAL DISTRICT: NY-17 |
| | UNITED STATES |
| Business Types | Category Business |
| | Corporate Entity Not Tax Exempt |
| | Small Business |
| | Special Designations |
| | U.S.-Owned Business |

### 🏷 Acquisition Details                                        ⌄

| | |
|---|---|
| Product or Service Code (PSC) | 3650: CHEMICAL AND PHARMACEUTICAL PRODUCTS MANUFACTURING MACHINERY |
| North American Industry Classification System (NAICS) Code | 325412: PHARMACEUTICAL PREPARATION MANUFACTURING |
| DoD Claimant Code | -- |
| DOD Acquisition Program | -- |
| Information Technology Commercial Item Category | -- |
| Sea Transportation | -- |

### 📊 Competition Details                                        ⌄

| | |
|---|---|
| Solicitation ID | -- |
| Solicitation Procedures | NP: NEGOTIATED PROPOSAL/QUOTE |
| Number of Offers Received | 12 |
| Extent Competed | A: FULL AND OPEN COMPETITION |
| Other Than Full and Open Competition | -- |
| Set-Aside Type | NO SET ASIDE USED. |
| Commercial Item Acquisition Procedures | A: COMMERCIAL PRODUCTS/SERVICES |
| Simplified Procedures for Certain Commercial Items | NO |
| Evaluated Preference | NO PREFERENCE USED |
| Fed Biz Opps | NO |
| Small Business Competitiveness Demonstration Program | FALSE |

### ••• Additional Details                                        ⌄

| | |
|---|---|
| Contract Type | DEFINITIVE CONTRACT |
| National Interest Action | NONE |
| Cost or Pricing Data | NO |
| Domestic or Foreign Entity | U.S. OWNED BUSINESS |
| Fair Opportunity Limited Sources | -- |
| Foreign Funding | NOT APPLICABLE |
| Interagency Contracting Authority | NOT APPLICABLE |
| Major Program | -- |
| Subcontracting Plan | B: PLAN NOT REQUIRED |
| Multi Year Contract | NO |
| Consolidated Contract | NOT CONSOLIDATED |

AWARD PROFILE
## Contract Summary

| | |
|---|---|
| Officer 1 | -- |
| Officer 2 | -- |
| Officer 3 | -- |
| Officer 4 | -- |
| Officer 5 | -- |

# Stay in touch

## Get release notes delivered to your inbox

Sign up to receive our release notes to keep up with what's new on USAspending.gov.

Sign Up →

## Request a USAspending training session

Receive customized training for your organization on how to use our tools and data.

Learn More →



ABOUT

About USAspending

Careers

HELP

FAQs

Community

Contact Us

DEVELOPERS

API

Explore the Code

Release Notes

OUR SITES

Fiscal Data

   

AWARD PROFILE
**Contract Summary**

Freedom of Information Act

© 2023 USAspending.gov

**NOTE:** You must click here for very important D&B information.

# EXHIBIT 8

**DEPARTMENT OF HEALTH & HUMAN SERVICES**   Office of the Secretary

Assistant Secretary for Public Affairs
Washington, D.C. 20201

Refer to: Request Number **2023-00631-FOIA-OS**

**April 3, 2023**

*Sent via email:*
Hayley M. Lenahan
hlenahan@donahue.com

Dear Ms. Lenahan:

This acknowledges receipt of your March 31, 2023, Freedom of Information Act (FOIA) request, submitted to the Department of Health and Human Services (HHS), FOI/Privacy Acts Division concerning "1. Contract No. 75A503-22-F-80030 awarded to Chartwell RX, LLC on or about September 26, 2022, including all modifications issued to Contract No. 75A503-22-F-80030. See Exhibit 1.
2. Any proposals or quotes Chartwell RX, LLC submitted to HHS preceding the award of Contract No. 75A503-22-F-80030.
3. Contract No. 75A503-23-C-00008 awarded to Chartwell RX, LLC on or about February 28, 2023, including all modifications issued to 75A503-23-C-00008. See Exhibit 2.
4. Any proposals or quotes Chartwell RX, LLC submitted to HHS preceding the award of Contract No. 75A503-23-C-00008.". We received your request on April 3, 2023.

Because you seek records which require a search in another office, "unusual circumstances" apply to your request, automatically extending the time limit to respond to your request for ten additional days. See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii) (2012 & Supp. V. 2017). Further, we estimate needing more than 10 additional days to respond to your request and so, in the next paragraph of this letter we are offering you an opportunity to narrow your request, in case narrowing the request would enable us to respond to the request sooner. The actual time needed to process your request will depend on the complexity of our records search and on the volume and complexity of any material located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Our current workload is approximately 3000 cases.

Your request is assigned to the complex track. In an effort to speed up our records search, you may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located. You may also wish to await the completion of our records search to discuss either of these options.

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame

for the processing of your request, you may contact the analyst handling your request, Garfield Daley at garfield.daley@hhs.gov.

If you are not satisfied with any aspect of the processing and handling of this request, you have the right to seek dispute resolution services from:

> HHS FOIA/PA Public Liaison
> FOI/Privacy Acts Division
> Assistant Secretary for Public Affairs (ASPA)
> Office of the Secretary (OS)
> U.S. Department of Health and Human Services (HHS)
>
> Telephone: (202) 690-7453
> E-mail: HHS_FOIA_Public_Liaison@hhs.gov

and/or:

> Office of Government Information Services
> National Archives and Records Administration
> Telephone: 202- 741-5770
> Toll-Free: 1-877-684-6448
> E-mail: ogis@nara.gov

If you are not already submitting your requests through our Public Access Link (PAL), we recommend all future requests and appeals be submitted through PAL - https://requests.publiclink.hhs.gov/.  Submitting requests through PAL automatically logs your requests into our tracking system and provides you with a tracking number. Your PAL account will allow you to track the progress of your request, receive your documents directly through the portal, and securely submit privacy-sensitive or business-sensitive documents.

Sincerely yours,

Arianne Perkins
Director, Initial FOIA Requests
FOI/Privacy Acts Division